Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In Re: | Matthew A. Locher | Case No.: 15–52272 MEH 7 |
| | Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on 7/10/2015 , it is ordered that this case is hereby **dismissed**.

Dated: 7/24/15

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge